THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES S. HOROWITZ, Appellant.

*People* v. *Horowitz*, 163 App. Div. 897, affirmed.
(Argued June 14, 1915; decided July 13, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

May 29, 1914, affirming a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of presenting and causing to be presented a false and fraudulent claim for the payment of a loss upon a contract of insurance.

*Nathan Burkan* for appellant.

*Charles A. Perkins, District Attorney (James W. Osborne* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WERNER, MILLER, CARDOZO and SEABURY, JJ. Dissenting: WILLARD BARTLETT, Ch. J., COLLIN and CUDDEBACK, JJ.